**Francis P. SERRA, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 03–7143.

United States Court of Appeals, Federal Circuit.

DECIDED: April 21, 2004.

Clark C. Evans, Principal Attorney, Judsonia, AR, for Claimant-Appellee.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent-Appellant.

### ORDER

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All pending motions are moot.

(3) Each side shall bear its own costs